ACCEPTED
03-16-00770-CV
21591822
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/3/2018 5:31 PM
JEFFREY D. KYLE
CLERK

NO. 03-16-00770-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/3/2018 5:31:14 PM
JEFFREY D. KYLE
Clerk

_____

JAGUAR LAND ROVER NORTH AMERICA, LLC,
*Appellant,*

v.

BOARD OF THE TEXAS DEPARTMENT OF MOTOR VECHICLES; MR. RAYMOND PALACIOS, JR., IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE BOARD OF THE TEXAS DEPARTMENT OF MOTOR VEHICLES; AND AUTOBAHN IMPORTS, LP, d/b/a LAND ROVER OF FORT WORTH,
*Appellees.*

_____

Direct Appeal from the Motor Vehicle Division
of the Texas Department of Motor Vehicles
MVD Cause No. 14-0016 LIC

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING OR EN BANC RECONSIDERATION**
_____

Appellant Jaguar Land Rover North America ("JLRNA"), in accordance with Texas Rules of Appellate Procedure 2, 10.5(b), and 49.8, respectfully requests a ten-day extension on the time for it to file a motion for rehearing or en banc reconsideration of the court's judgment of December 21, 2017. Appellees are unopposed to this motion.

This Court rendered its judgment in this case, affirming in part and dismissing in part, through a memorandum opinion dated December 21, 2017. Appellant currently has until January 5, 2018 to file a motion for rehearing or a motion for en banc reconsideration. *See* Tex. R. App. P. 49.1, 49.7.

Due to the holidays, Appellant requires additional time to fully assess the Court's order and prepare a motion for rehearing or a motion for en banc reconsideration by the current deadline. Appellant respectfully requests an extension of ten days to allow adequate time to prepare and file one of these motions should it choose to do so. This extension would run to January 15, 2018.

This is the Appellants' first request for an extension of time regarding either motion. This request is not sought for delay, but in order that justice may be done and in order that the parties may properly review the record and adequately address the relevant questions at issue. No party will be harmed if this request for extension of time is granted; indeed, all parties are in agreement in seeking this extension.

All facts recited in this motion are either in the record or within the personal knowledge of the attorney signing this motion, therefore no verification is necessary under Rule 10.2 of the Texas Rules of Appellate Procedure.

## PRAYER

Appellant respectfully requests that this Court grant Appellant's unopposed motion for a ten-day extension of time for it to file a motion for rehearing or en banc reconsideration of the court's judgment.

Dated: January 3, 2018

Respectfully submitted,

*/s/ Blayne Thompson*
**Aaron R. Crane**
State Bar No. 24050459
aaron.crane@hoganlovells.com
**Blayne  Thompson**
State Bar No. 24088525
blayne.thompson@hoganlovells.com

HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, Texas 77002
Tel:  (713) 632-1400
Fax:  (713) 632-1401

*Attorneys for Appellant Jaguar Land Rover*
*North America, LLC*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellees regarding this motion on

January 3, 2018 and Appellees are not opposed to this motion.

 _/s/ Blayne Thompson_
Blayne Thompson

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served by e-service and/or e-mail

on January 3, 2018 on the following attorneys of record:


**Matt Dow**
**Dudley D. McCalla**
Jackson Walker L.L.P.
100 Congress Ave., Suite 1100
Austin, Texas 78701
Tel. (512) 236-2071
Fax (512) 691-4435
mdow@jw.com
dmccalla@jw.com


**Richard W. Wiseman**
Padfield & Stout, LLP
421 W. Third Street, Suite 910
Fort Worth, Texas 76102
Tel. (817) 338-1616
Fax (817) 338-1610
rwiseman@livepad.com

*Attorneys for Appellee Autobahn
Imports, LP*

**Sarah C. Wolfe**
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Sarah.Wolfe@oag.texas.gov

*Attorney for Appellees Board of the
Texas Department of Motor Vehicles
and Mr. Raymond Palacios, Jr., in His
Official Capacity*


 */s/ Blayne Thompson*
Blayne Thompson